UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

HAMMOND POWER SOLUTIONS, INC.,

    Plaintiff,

v.

                                                                            Case No. 22-cv-965

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA,

and

ILLINOIS NATIONAL INSURANCE
COMPANY,

    Defendants.

## NOTICE OF APPEAL

Hammond Power Solutions, Inc. appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on March 22, 2024.

DATED: April 19, 2024                    QUARLES & BRADY LLP

                                                    */s/ Brandon R. Gutschow*
                                                    Brandon R. Gutschow
                                                    411 East Wisconsin Avenue, Suite 2400
                                                    Milwaukee, WI 53202-4428
                                                    Phone: (414) 277-5745
                                                    Brandon.Gutschow@quarles.com

                                                    *Attorneys for Plaintiff Hammond Power Solutions, Inc.*

1